No. 94–1799. SILANO *v.* SAG HARBOR UNION FREE SCHOOL DISTRICT BOARD OF EDUCATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–1801. GROUND IMPROVEMENT TECHNIQUES, INC., ET AL. *v.* COLUMBIA COUNTY. C. A. 11th Cir. Certiorari denied.

No. 94–1806. CHAWLA ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–1808. PIERCE *v.* PIERCE. Sup. Ct. Miss. Certiorari denied.

No. 94–1812. FRIEDMAN *v.* TOLENTINO. C. A. 7th Cir. Certiorari denied.

No. 94–1815. MILLER *v.* SANTA CRUZ COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1816. BLAS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BLAS AND AS GUARDIAN FOR THE MINOR, BORJA *v.* CHARFAUROS ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1820. DARRAH ET UX. *v.* CHILDREN'S HOME SOCIETY OF CALIFORNIA ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 94–1821. TRULY, SECRETARY, LOUISIANA DEPARTMENT OF LABOR *v.* BAYOU STEEL CORP. ET AL. Ct. App. La., 5th Cir. Certiorari denied.

No. 94–1822. W. R. GRACE & CO. ET AL. *v.* WEST VIRGINIA ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 94–1824. CONNOR *v.* WESTERN PENNSYLVANIA TEAMSTERS & EMPLOYEES PENSION FUND. C. A. 3d Cir. Certiorari denied.

No. 94–1830. ROGERS ET VIR *v.* CORROSION PRODUCTS, INC. C. A. 5th Cir. Certiorari denied.